**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kareem JACKSON, a.k.a. Jamar Fields,**
**a.k.a. Face, Defendant–Appellant.**

**No. 08–16305**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 30, 2009.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Before CARNES, WILSON and COX, Circuit Judges.

PER CURIAM:

Nathan D. Clark, appointed counsel for Kareem Jackson, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and